FILED
JUL 19 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESIREE FAYE MORTON,<br>Defendant. | MAGISTRATE CASE NO.:<br><br>19MJ3021<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18, U.S.C., Sec. 1591, Sex Trafficking of Children |
|---|---|

The undersigned Complainant, being duly sworn, states:

<u>COUNT 1</u>

From on or about July 15, 2019 to on or about July 17, 2019, within the Southern District of California, Defendant, DESIREE FAYE MORTON, in and affecting interstate or foreign commerce, did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years of age and would be caused to engage

1

in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*

Chase Chiappino
Special Deputy
United States Marshal

Sworn to me and subscribed in my presence this 14th day of July, 2019.

*[signature]*

HON KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On July 17, 2019, Desiree Faye MORTON called the San Diego Police Department (SDPD) to report that she was a victim of domestic violence and that her boyfriend had stolen her vehicle. SDPD responded and found MORTON with two females. The three females did not have any form of identification; all stated their identification remained in the car. However, two of the females appeared to SDPD Detectives to be under the age of eighteen. SDPD called the San Diego Human Trafficking Task Force (SDHTTF) to assist and Task Force Officers (TFOs) responded to the scene. Both of the females with MORTON (herein referred to as MF1 and MF2) had tattoos on their jawlines which appeared to TFOs to be somewhat recent. MF2's tattoo, on her right jawline, said "DESIREE." Both juveniles were taken into protective custody.

TFO A. Wells, using law enforcement databases, was able to locate advertisements posted in San Diego, California on the website "megapersonals.com[1]" offering commercial sex with both MORTON and with MF1 and MF2. An advertisement was posted eight times from July 15 to July 17, 2019 with photographs depicting both MF1 and MF2 and offering a "two girl special[2]." In that advertisement, one photograph shows MF1 fully nude with her breast and vaginal area exposed. Another photograph shows MF2 in lingerie that exposes her bare buttocks.

TFO D. Dierdorff and TFO B. McGilvray interviewed MF1, who provided her true date of birth and admitted that she is fifteen years old. She stated that MORTON took the nude photographs of her and MF2 that are seen in the megapersonals.com advertisements. She further stated that MORTON showed both MF1 and MF2 how to post the advertisement using MORTON's cellular telephone. She stated that she performed a

---

[1] In my training and experience, I am familiar with the website megapersonals.com, which I know to be a website on which individuals can place advertisements for commercial sex that operates in and affecting interstate and foreign commerce.

[2] In my training and experience, I know that the term "two girl special" is a phrase commonly used to offer sex with two females at one time, or a "threesome."

commercial sex act in a hotel room on the night of July 16, 2019. TFO M. Weiner and TFO D. Josse interviewed MF2. She provided her true date of birth and admitted that she is fourteen years old. She stated that the "DESIREE" tattoo on her jawline referred to MORTON. MF2 stated that MF1 performed a commercial sex act in the hotel room they were renting on July 16, 2019, while MF1, MORTON, and MORTON'S boyfriend stayed in the bathroom of the room. According to MF2, after MF1 completed the sex act, she entered the bathroom and handed money to MORTON, who then handed some or all to her boyfriend.

At 1530 hours on July 17, 2019, MORTON was interviewed. She was read her *Miranda* rights and agreed to speak with TFOs L. Pena and A. Wells. She admitted that she had come to San Diego from Los Angeles on the night of July 15, 2019 with her boyfriend and the two minor females, with the intent to meet with sex buyers and do "threesomes." She claimed that both MF1 and MF2 were prostitutes (as was she) who worked for a pimp named "Cash" and claimed that MF1 and MF2 told her that they were eighteen years old. MORTON admitted that during their three-day trip to San Diego, MF1 had met with two "johns," or purchasers of commercial sex, and that MF1 had engaged in commercial sex with each, earning $60 from each encounter. MORTON claimed that she accepted at least $10 of that money. She further admitted that she had, using a friend's identification card, rented the hotel room that all four individuals (MORTON, Morton's boyfriend, MF1, and MF2) had stayed in at the Easy 8 Motel in San Diego, California. She stated that she and the minor females then used that room to meet with johns.

TFO C. Franco obtained records from the Easy 8 Motel confirming that an individual with the name MORTON told TFOs she has used had rented the room on July 16, 2019, and again on July 17, 2019. SDHTTF TFOs spoke with an employee of the Easy 8 Motel, who reported that she saw MORTON checking in, and MORTON told her that the occupants of the room were going to be her and two young kids. Another Easy 8 employee reported that she saw MORTON and an adult male arguing about money on July 17, 2019.

4