

FILED

AUG 2 0 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESIREE FAYE MORTON,<br><br>Defendant. | Case No. 19CR3098-BAS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1591, Sex Trafficking of Children<br><br>Title 18, U.S.C., Sec. 1594(c), Conspiracy to Engage in Sex Trafficking of Children |

The United States Attorney charges:

Count 1

From on or about July 15, 2019 to on or about July 17, 2019, within the Southern District of California, Defendant, DESIREE FAYE MORTON, in and affecting interstate or foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, P.B., a minor female (age 14), knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe P.B., that P.B. had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b).

Count 2

Beginning on a date unknown and continuing through on or about July 17, 2019, within the Southern District of California and elsewhere, defendant DESIREE FAYE MORTON, in and affecting interstate and foreign

KEMC: 8/12/19

commerce, did intentionally conspire with at least one other person to recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, P.B., a minor female (age 14), knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe P.B., that P.B. had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a), (b), and 1594(c).

## Count 3

From on or about July 15, 2019 to on or about July 17, 2019, within the Southern District of California, Defendant, DESIREE FAYE MORTON, in and affecting interstate or foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, K.M., a minor female (age 15), knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe K.M., that K.M. had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b).

## Count 4

Beginning on a date unknown and continuing through on or about July 17, 2019, within the Southern District of California and elsewhere, defendant DESIREE FAYE MORTON, in and affecting interstate and foreign commerce, did intentionally conspire with at least one other person to recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, K.M., a minor female (age 15), knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe K.M., that K.M. had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a), (b), and 1594(c).

2

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1-4 of this Information are re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 1594(d).

2. Upon conviction of the offense alleged in Counts 1-4, which involve violations of Title 18, United States Code, Sections 1591 and 1594, defendant DESIREE FAYE MORTON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), all right, title and interest in (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offenses; (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendants;

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above in Paragraph 2.

3

1   All pursuant to Title 18, United States Code, Section 1594(d).

2       DATED:  8/20/19

3                                   ROBERT S. BREWER, JR.
                                    United States Attorney

4

5

6                                   KATHERINE E. A. MCGRATH
                                    Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4