PS 8D
(05/08)

November 21, 2019

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Desiree Faye Morton (English)    **Dkt No.:** 3:19CR3098-BAS-001

**Reg. No.:** 75986-298

**Name of Judicial Officer:** The Honorable Cynthia Bashant, U.S. District Judge (referred to the Honorable Judge Karen S. Crawford for consideration).

**Date Conditions Were Ordered:** October 8, 2019, before the Honorable Karen S. Crawford, U.S. Magistrate Judge

*Mandatory Conditions*: make all court appearances, and not commit a federal, state, or local crime during the period of release.

*Standard Conditions*: restrict travel to San Diego County and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending.

*Additional Conditions*: submit to psychiatric/psychological counseling as specified by Pretrial Services; submit to drug/alcohol testing no more than eight times per month; not use alcohol at all; avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution; reside at the Generate Hope program and comply with the rules and terms of the program; reside at a residence approved by Pretrial Services upon completion of Generate Hope program; and defendant to participate in the Location Monitoring Program with active GPS monitoring under Home Detention and abide by all technology requirements.

**Modification:** On October 23, 2019, the defendant's conditions of release were modified to allow the defendant to travel to the Central District of California during the week of October 28 to November 1, 2019, for the purpose of testifying.

**Date Released on Bond:** October 21, 2019

PS 8D
(05/08)

**Name of Defendant:** Desiree Faye Morton                                         November 21, 2019
**Docket No.:** 3:19CR3098-BAS-001                                                               Page 2

**Charged Offense:** 18:1591-Sex Trafficking of Children

**Next Court Hearing:** December 9, 2019, at 2:00 p.m. for a Motion Hearing/Trial Setting before U.S. District Judge Cynthia Bashant

**Asst. U.S. Atty.:** Katherine McGrath                **Defense Counsel:** Chelsea A. Estes (appointed)
                            (619) 546-9054                                                         (619) 234-8467

**Prior Violation History:** None

---

# PETITIONING THE COURT

# TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Additional Condition)** | |
| Reside at the Generate Hope program and comply with the rules and terms of the program | 1. On November 21, 2019, the defendant was involuntarily terminated from the Generate Hope program. |

*Grounds for Revocation:*

Pretrial Services reviewed the Pretrial Release Order, signed by your Honor on October 8, 2019, which directed the defendant to "reside at the Generate Hope program and comply with the rules and terms of the program." On October 21, 2019, Pretrial Services reviewed the Pretrial Release Order with the defendant and she signed reporting instructions acknowledging her understanding of them.

On November 21, 2019, the undersigned received a call from the Generate Hope program director, Ms. Susan Munsey. She advised the defendant was terminated from their program after she was caught using another resident's phone during an NA meeting, which is against the rules of the program. Furthermore, Ms. Munsey noted the defendant threatened the resident not to tell she used her phone. She also indicated other residents at the program "no longer feel safe at the house." Ms. Munsey indicated the defendant has been disruptive since she entered the program and they have gave her numerous opportunities to remain there.

PS 8D
(05/08)

**Name of Defendant:** Desiree Faye Morton  November 21, 2019
**Docket No.:** 3:19CR3098-BAS-001  Page 3

It should be noted, the defendant does not have familial ties to our district, all of her ties are to the Central District of California.

**SUPERVISION ADJUSTMENT**

Pretrial Services views the defendant's adjustment to supervision as poor. The defendant was involuntarily terminated from the Generate Hope program for violating their rules and making threats to another resident. It appears at this time, the defendant is unwilling or unable to comply with this Court's orders and is an increased risk of danger to the community.

Criminal computerized record checks reveal no new arrests or convictions.

**RECOMMENDATION/JUSTIFICATION**

Pretrial Services respectfully requests the issuance of a no bail bench warrant in order to bring the defendant before the Court to show cause why her bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** November 21, 2019

Respectfully submitted:  Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by  *Aldo R. Lopez*
Aldo R. Lopez  Zena Ajou
U.S. Pretrial Services Officer  Supervising U.S. Pretrial Services Officer
(619) 557-3462
Place: San Diego, California

PS 8D
(05/08)

**Name of Defendant:** Desiree Faye Morton                                    November 21, 2019
**Docket No.:** 3:19CR3098-BAS-001                                                              Page 4

**THE COURT ORDERS:**

_____
U.S. Magistrate Judge