

FILED
DEC 10 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DESIREE FAYE MORTON,<br><br>　　　　　　　　Defendant. | Case No. 19-cr-3098-BAS<br><br>I N F O R M A T I O N<br>**Superseding**<br><br>Title 18, U.S.C., Sec. 1952-<br>Interstate and foreign travel or transportation in aid of racketeering enterprises |

The United States Attorney charges:

On or about July 15, 2019, within the Southern District of California and elsewhere, the defendant, DESIREE FAYE MORTON, used a facility of interstate and foreign commerce, namely, a cellular telephone, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a prostitution offense under the laws of California and of the United States, and thereafter performed an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of such unlawful activity;

KEMC: 12/9/19

all in violation of Title 18, United States Code, Section 1952(a)(3).

DATED: 12/10/19

ROBERT S. BREWER, JR.
United States Attorney

*[signature]* for

KATHERINE E. A. MCGRATH
Assistant U.S. Attorney

2